# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS LEE WALLS, | : | Civil No. 3:19-cv-1288 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| Superintendent JAMEY LUTHER, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this _4th_ day of February, 2020, upon consideration of Petitioner's motion (Doc. 27) to appoint counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 27) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge