IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS LEE WALLS, | Civil No. 3:19-cv-1288 |
| Petitioner | (Judge Mariani) |
| v. | |
| CHAD WAKEFIELD, | |
| Respondent | |

## ORDER

**AND NOW**, this 4th day of October, 2022, upon consideration of the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Petitioner's motion for release on bail pending the outcome of the instant action (Doc. 41) is **DISMISSED** as moot.

Robert D. Mariani
United States District Judge